| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BATES, John D | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>5/24/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Article III | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2005 MAY 31 A 11: 26 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BATES, John D | 5/24/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)
☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ▉▉▉▉▉▉▉▉ |
| 2. | 2004 | Steptoe & Johnson |
| 3. | 2004 | Consulting (charitable groups focused on hunger issues) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bar Association of the City of New York | Handler Lecture - speech on antitrust law |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Union First Account | A | Interest | K | T | | | | | |
| 2. Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3. Zirkin-City Nat'l Inv. - PSP- C | | | | | | | | | |
| 4. --Fidelity Adv. Growth & Income Fund | A | Dividend | K | T | | | | | |
| 5. --CNI Charter Prime Money Fund | A | Dividend | J | T | | | | | |
| 6. --CISCO Sys. Common | | None | K | T | buy | 6/28 | K | | |
| 7. --I Shares Tech Index Fund | A | Dividend | | | sell | 6/28 | K | D | |
| 8. --AES Corp Common | | None | K | T | | | | | |
| 9. --Chevron Texaco Common | | None | K | T | | | | | |
| 10. --HP Common | | None | K | T | buy | 6/28 | K | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. Zirkin-City Natl Inv. - 401K -C | | | | | | | | | |
| 14. --CNI Charter Prime Money Fund | A | Dividend | K | T | buy/sell | var. | L | | |
| 15. --Abbott Labs - Common | | None | K | T | | | | | |
| 16. --Amer Int'l Group - Common | | None | K | T | | | | | |
| 17. --Amer Mgmt Sys - Common | | None | | | sell | 5/3 | K | | |
| 18. --Auto Data Proc - Common | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Amer Cap Str Common | | None | K | T | buy | 6/28 | K | | |
| 20. --Dow Chem Common | | None | K | T | buy | 3/26 | K | | |
| 21. --Home Depot - Common | | None | K | T | | | | | |
| 22. --JP Morgan Chase & Co - Common | | None | K | T | sell | 3/26 | J | | |
| 23. | | | | | sell | 4/20 | J | | |
| 24. --Pfizer Common | | None | K | T | | | | | |
| 25. --Tyco Int'l - Common | | None | K | T | | | | | |
| 26. --Smith Barney Money Fund | A | Dividend | | | distribution | 2/20 | J | | |
| 27. --Bank of Amer. - Common | | None | K | T | | | | | |
| 28. --SLM Corp. - Common | | None | K | T | | | | | |
| 29. --Wash Mutual Common | | None | K | T | buy | 6/28 | K | | |
| 30. --Procter & Gamble - Common | | None | K | T | | | | | |
| 31. --Zimmer Hldgs - Common | | None | K | T | sell | 3/26 | J | | |
| 32. | | | | | sell | 4/20 | J | | |
| 33. --Verizon Common | | None | K | T | buy | 6/28 | K | | |
| 34. --Capital One Fin'l - Pref. | | None | K | T | | | | | |
| 35. --Quest Diag. - Common | | None | K | T | sell | 3/26 | J | | |
| 36. --Baxter Int'l - Pref | | None | K | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Smith Barney - Joint | | | | | | | | | |
| 38. --Citibank Money Fund | A | Interest | L | T | | | | | |
| 39. --AIM Aggressive Growth | A | Dividend | J | T | | | | | |
| 40. --AIM Const Fund C | A | Dividend | J | T | | | | | |
| 41. --GE Life & Annuity | A | Dividend | J | T | | | | | |
| 42. --Transamerica Life Annuity (PLF Endeavor) | A | Dividend | J | T | | | | | |
| 43. --Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 44. --Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 45. Zirkin - USB Fin'l Servs - IRA - J | | | | | | | | | |
| 46. -- GE Common | | None | | | sell | 3/22 | K | | |
| 47. --IBM Common | | None | K | T | | | | | |
| 48. --Medtronic Common | | None | K | T | | | | | |
| 49. --UBS PW Retirement Money Fund | A | Dividend | K | T | | | | | |
| 50. --Alltel Corp. Pref. | | None | K | T | | | | | |
| 51. --Genuine Parts Common | | None | K | T | buy | 1/26 | K | | |
| 52. --Untd Tech Common | | None | K | T | buy | 3/26 | K | | |
| 53. --AES Corp Common | | None | K | T | | | | | |
| 54. --Colgate Palmolive Common | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --Tribune Common | | None | K | T | | | | | |
| 56. Zirkin-UBS Fin'l Servs. - IRA -C | | | | | | | | | |
| 57. --CINN Fin'l Corp. Common | B | Dividend | K | T | | | | | |
| 58. --UBS PW Retirement Money Fund | A | Dividend | J | T | | | | | |
| 59. Smith Barney - B | | | | | | | | | |
| 60. --Invest Co. of Amer. | A | Dividend | | | sell | 6/10 | K | A | |
| 61. --CG Capital Mkts - Lg Cap Val | A | Dividend | | | sell | 6/7 | J | A | |
| 62. --CG Capital Mkts - Sm Cap Val | A | Dividend | | | sell | 6/7 | J | A | |
| 63. --CG Capital Mkts - Emerg Mkt | A | Dividend | | | sell | 6/7 | J | A | |
| 64. --CG Capital Mkts - International | A | Dividend | | | sell | 6/7 | J | A | |
| 65. --CG Capital Mkts - Lg Cap Growth | A | Dividend | | | sell | 6/7 | J | A | |
| 66. --CG Capital Mkts - Sm Cap Growth | A | Dividend | | | sell | 6/7 | J | A | |
| 67. --Fidelity Blue Chip Growth | A | Dividend | | | sell | 3/9 | J | A | |
| 68. | | | | | sell | 6/10 | J | A | |
| 69. --Fidelity Dividend Growth | A | Dividend | | | sell | 3/9 | J | A | |
| 70. | | | | | sell | 6/10 | K | A | |
| 71. --Citibank Account - B | A | Interest | L | T | buy | 6/14 | L | | |
| 72. Smith Barney - K | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BATES, John D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. --AIM Const. Fund | A | Dividend | J | T | | | | | |
| 74. --Invest Co. of Amer | A | Dividend | J | T | | | | | |
| 75. --Fidelity Blue Chip Growth | A | Dividend | K | T | | | | | |
| 76. --Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 77. Zirkin - UBS Fin'l Servs. - Joint | | | | | | | | | |
| 78. --Citigroup Common | | None | K | T | buy | 1/26 | K | | |
| 79. --Clorox Common | | None | K | T | buy | 1/26 | K | | |
| 80. --First Data Common | | None | K | T | buy | 6/28 | K | | |
| 81. --Fiserv. Inc. Common | | None | K | T | buy | 6/28 | K | | |
| 82. --Gannett Co. Common | | None | K | T | buy | 6/28 | K | | |
| 83. --Time Warner Common | | None | K | T | buy | 3/26 | K | | |
| 84. --United Health Common | | None | K | T | buy | 1/26 | K | | |
| 85. --Wyeth Common | | None | K | T | buy | 1/26 | K | | |
| 86. --RMA Money Mkt | A | Dividend | L | T | buy/sell | var. | | | |
| 87. -- Marsh & McLennan Common | | None | | | buy | 1/26 | K | | |
| 88. | | | | | sell | 10/19 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BATES, John D | 5/24/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____       Date____May 24, 2005____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544